No. 99–9167.  COX *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–9169.  BETEMIT *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9173.  SANCHEZ *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–9184.  PATTERSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9189.  BUCKLEY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–9192.  UPSHAW *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–9197.  PENA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–9200.  TURNER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–9203.  MAJORS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–9204.  MARINO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–9211.  STONE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–9215.  CALDERON-ESPINOZA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–9219.  MANSILLA-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 99–9226.  RODRIGUEZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 99–9239.  JONES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 99–9240.  LESLIE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.